# TIFFANY & BOSCO
## P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
10-50075

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-bk-33616-CGC |
| Paul Allen Park and Yolanda Sanchez Park | Chapter 11 |
| Debtors. | NOTICE OF APPEARANCE AND REQUEST FOR NOTICE |

Bank of America, National Association as successor by merger to LaSalle Bank National Association., as trustee for Structured Asset Investment Loan Trust, (SAIL) 2005-2, by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings, and requests that the name and address of its attorneys be added to the mailing list in this matter, and that all future notices which creditors are entitled to receive be mailed to said attorneys.

DATED this 3rd day of December, 2010.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY  /s/ LJM # 014228
    Mark S. Bosco
    Leonard J. McDonald
    Attorneys for Movant

COPY of the foregoing mailed
December 3, 2010 to:

Paul Allen Park and Yolanda Sanchez Park
518 North Apache Avenue
Winslow, AZ  86047
Pro Se Debtors

U.S. Trustee
Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003

Richard J. Cuellar
230 N. First Ave., #204
Phoenix, AZ 85003-1706
Attorney for U.S. Trustee

By: Julie Bush