# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | PAUL ALLEN & YOLANDA SANCHEZ PARK |
| **Case Number:** | 2:10-BK-33616-CGC   **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 19, 2011 01:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | KAYLA COLASONT |

### Matter:

CHAPTER 11 STATUS CONFERENCE

**R / M #:**   25 / 0

### Appearances:

PAUL ALLEN & YOLANDA SANCHEZ PARK

### Proceedings:

Debtors' discuss the nature of their business and the factors leading up to filing the Chapter 11 case.  Mr. Park explains they are facing a writ of execution by a judgment creditor.  He advises at this time there is $5,000 in the DIP account, no professionals have been hired; the disclosure statement has been filed and is set for a hearing.

THE COURT DISCUSSES THE STATEMENTS AND SCHEDULES WITH DEBTORS.