UST-32A, 3-03

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| PAUL ALLEN PARK | ) | CASE NO. 2:10-BK-33616-DPC |
| YOLANDA SANCHEZ PARK | ) | |
| | ) | |
| | ) | ORDER FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO THE |
| Debtors | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $*21.82**to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

*Jul 05, 2013*
DATE

Daniel P. Collins
UNITED STATES BANKRUPTCY JUDGE